# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 15-58207-CRM | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | FICKLE, STEPHANIE LEIGH | Date Filed (f) or Converted (c): | 05/02/2015 (f) |
| | | § 341(a) Meeting Date: | 06/09/2015 |
| For Period Ending: | 06/30/2016 | Claims Bar Date: | 12/30/2015 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Vacant lot, less than 1 acre | 12,500.00 | 0.00 | | 0.00 | 12,500.00 |
| 2 | House (Marital Residence) Title and Mortgage in | 195,000.00 | 0.00 | | 0.00 | 195,000.00 |
| 3 | Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account w/ Wells Fargo, xxx5082 | 30.00 | 0.00 | | 0.00 | FA |
| 5 | Household Furniture, Bed, Dining Table, Sofa, Tv | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | Books, family photos, Compact discs, Dvds | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing and shoes | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Costume Jewelry and Wedding Band/Engagement | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | Equitable Support Obligation owed to Debtor | 1,300.00 | 0.00 | | 0.00 | FA |
| 10 | Equitable Interest in Separated Spouse's 401 & other accounts | 50,000.00 | 0.00 | | 0.00 | 50,000.00 |
| 11 | 2002 Ford Explorer with 150K miles | 3,500.00 | 0.00 | OA | 0.00 | FA |
| 12 | 2 dogs | 20.00 | 0.00 | OA | 0.00 | FA |
| 12 | Assets Totals (Excluding unknown values) | $267,570.00 | $0.00 | | $0.00 | $257,500.00 |

**Major Activities Affecting Case Closing:**

Debtor is separated and intends to file for divorce. Trustee is investigating the Debtor's rights to the marital assets including real property and investment accounts.

| Current Projected Date Of Final Report (TFR): | 12/31/2017 |
|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2017 |

| 08/01/2016 | /s/S. Gregory Hays |
|---|---|
| Date | S. Gregory Hays |