# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1

| Case No.: | 15-58207-CRM | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | FICKLE, STEPHANIE LEIGH | Date Filed (f) or Converted (c): | 05/02/2015 (f) |
| | | § 341(a) Meeting Date: | 06/09/2015 |
| For Period Ending: | 06/30/2017 | Claims Bar Date: | 12/30/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Vacant lot, less than 1 acre | 12,500.00 | 0.00 | | 0.00 | 12,500.00 |
| 2 | House (Marital Residence) Title and Mortgage in Separated Spouse's Name | 195,000.00 | 0.00 | | 0.00 | 195,000.00 |
| 3 | Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account w/ Wells Fargo, xxx5082 | 30.00 | 0.00 | | 0.00 | FA |
| 5 | Household Furniture, Bed, Dining Table, Sofa, Tv | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | Books, family photos, Compact discs, Dvds | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing and shoes | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Costume Jewelry and Wedding Band/Engagement | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | Equitable Support Obligation owed to Debtor | 1,300.00 | 0.00 | | 0.00 | FA |
| 10 | Equitable Interest in Separated Spouse's 401 & other accounts | 50,000.00 | 0.00 | | 0.00 | 50,000.00 |
| 11 | 2002 Ford Explorer with 150K miles | 3,500.00 | 0.00 | OA | 0.00 | FA |
| 12 | 2 dogs | 20.00 | 0.00 | OA | 0.00 | FA |
| 12 | **Assets     Totals**     (Excluding unknown values) | **$267,570.00** | **$0.00** | | **$0.00** | **$257,500.00** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 2

| | |
|---|---|
| **Case No.:** 15-58207-CRM | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** FICKLE, STEPHANIE LEIGH | **Date Filed (f) or Converted (c):** 05/02/2015 (f) |
| | **§ 341(a) Meeting Date:** 06/09/2015 |
| **For Period Ending:** 06/30/2017 | **Claims Bar Date:** 12/30/2015 |

**Major Activities Affecting Case Closing:**

> Debtor is separated and intends to file for divorce. Trustee is investigating the Debtor's rights to the marital assets including real property and investment accounts. The Trustee is monitoring the status of the divorce proceedings, which have not begun.

**Initial Projected Date Of Final Report (TFR):**   12/31/2017          **Current Projected Date Of Final Report (TFR):**   06/30/2018

07/26/2017                                                              /s/S. Gregory Hays
Date                                                                     S. Gregory Hays