Form 1

# Individual Estate Property Record and Report

## Asset Cases

Page: 1

**Case No.:** 15-58207-JWC  
**Case Name:** FICKLE, STEPHANIE LEIGH  
**For Period Ending:** 06/30/2019

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 05/02/2015 (f)  
**§ 341(a) Meeting Date:** 06/09/2015  
**Claims Bar Date:** 12/30/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Vacant lot, less than 1 acre<br>9832 Georgia Highway 193, Chickamauga, GA. Co-owned with separated spouse. | 12,500.00 | 0.00 | | 0.00 | 37,500.00 |
| 2 | House (Marital Residence) Title and Mortgage in Separated Spouse's Name<br>In original schedules, Debtor claimed an equitable interest in property. Asset removed in amended schedules as divorce nor separation agreement has been filed creating such interest. | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account w/ Wells Fargo, xxx5082 | 30.00 | 0.00 | | 0.00 | FA |
| 5 | Household Furniture, Bed, Dining Table, Sofa, Tv | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | Books, family photos, Compact discs, Dvds | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing and shoes | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Costume Jewelry and Wedding Band/Engagement | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | Equitable Support Obligation owed to Debtor | 1,300.00 | 0.00 | | 0.00 | FA |
| 10 | Equitable Interest in Separated Spouse's 401 & other accounts<br>In original schedules, Debtor claimed an equitable interest in property. Asset removed in amended schedules as divorce nor separation agreement has been filed creating such interest. | 0.00 | 50,000.00 | | 0.00 | FA |
| 11 | 2002 Ford Explorer with 150K miles<br>Notice of abandonment filed on 10/1/15, Dkt # 16. | 3,500.00 | 0.00 | OA | 0.00 | FA |
| 12 | 2 dogs<br>Notice of abandonment filed on 10/1/15, Dkt # 16. | 20.00 | 0.00 | OA | 0.00 | FA |
| 12 | **Assets        Totals**      (Excluding unknown values) | **$22,570.00** | **$50,000.00** | | **$0.00** | **$37,500.00** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 2

| | |
|---|---|
| **Case No.:** 15-58207-JWC | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** FICKLE, STEPHANIE LEIGH | **Date Filed (f) or Converted (c):** 05/02/2015 (f) |
| | **§ 341(a) Meeting Date:** 06/09/2015 |
| **For Period Ending:** 06/30/2019 | **Claims Bar Date:** 12/30/2015 |

**Major Activities Affecting Case Closing:**

    Trustee is pursuing the sale of the bankruptcy estate's interest in the property located in Chickamauga, GA. Sale/settlement discussions with property co-owner were unsuccessful.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2017 | **Current Projected Date Of Final Report (TFR):** 12/31/2019 |

07/29/2019                                        /s/S. Gregory Hays
Date                                                    S. Gregory Hays