# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case No.:** 15-58207-JWC | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** FICKLE, STEPHANIE LEIGH | **Date Filed (f) or Converted (c):** 05/02/2015 (f) |
| | **§ 341(a) Meeting Date:** 06/09/2015 |
| **For Period Ending:** 06/30/2020 | **Claims Bar Date:** 12/30/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1* Vacant lot, less than 1 acre<br><br>9832 Georgia Highway 193, Chickamauga, GA. Co-owned with non-filing separated spouse. (See Footnote) | 12,500.00 | 0.00 | | 0.00 | 50,000.00 |
| 2 House (Marital Residence) Title and Mortgage in Separated Spouse's Name<br><br>In original schedules, Debtor claimed an equitable interest in property. Asset removed in amended schedules as divorce nor separation agreement has been filed creating such interest. | 0.00 | 0.00 | | 0.00 | FA |
| 3 Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 4 Checking account w/ Wells Fargo, xxx5082 | 30.00 | 0.00 | | 0.00 | FA |
| 5 Household Furniture, Bed, Dining Table, Sofa, Tv | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 Books, family photos, Compact discs, Dvds | 200.00 | 0.00 | | 0.00 | FA |
| 7 Clothing and shoes | 500.00 | 0.00 | | 0.00 | FA |
| 8 Costume Jewelry and Wedding Band/Engagement | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 Equitable Support Obligation owed to Debtor | 1,300.00 | 0.00 | | 0.00 | FA |
| 10 Equitable Interest in Separated Spouse's 401 & other accounts<br><br>In original schedules, Debtor claimed an equitable interest in property. Asset removed in amended schedules as divorce nor separation agreement has been filed creating such interest. | 0.00 | 50,000.00 | | 0.00 | FA |
| 11 2002 Ford Explorer with 150K miles<br>Notice of abandonment filed on 10/1/15, Dkt # 16. | 3,500.00 | 0.00 | OA | 0.00 | FA |
| 12 2 dogs<br>Notice of abandonment filed on 10/1/15, Dkt # 16. | 20.00 | 0.00 | OA | 0.00 | FA |
| **12 Assets Totals** (Excluding unknown values) | **$22,570.00** | **$50,000.00** | | **$0.00** | **$50,000.00** |

RE PROP# 1    Trustee filed adversary # 20-06015 to resolve the post petition transfer of the property. The Trustee anticipates resolving the adversary through an sale of the property by the Bankruptcy Estate and the co-owner.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case No.:** 15-58207-JWC | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** FICKLE, STEPHANIE LEIGH | **Date Filed (f) or Converted (c):** 05/02/2015 (f) |
| | **§ 341(a) Meeting Date:** 06/09/2015 |
| **For Period Ending:** 06/30/2020 | **Claims Bar Date:** 12/30/2015 |

**Major Activities Affecting Case Closing:**

Trustee is pursuing the sale of the bankruptcy estate's interest in the property located in Chickamauga, GA. Sale/settlement discussions with property co-owner were unsuccessful.

Trustee filed adversary # 20-06015 to resolve the post petition transfer of the property. The Trustee anticipates resolving the adversary and selling the Bankruptcy Estate's interest in the property with the cooperation of the co-owner.

**Initial Projected Date Of Final Report (TFR):**   12/31/2017        **Current Projected Date Of Final Report (TFR):**   03/31/2021

07/30/2020                                                              /s/S. Gregory Hays
_____                                                 _____
Date                                                                    S. Gregory Hays