**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:  FICKLE, STEPHANIE LEIGH | § Case No. 15-58207-JWC |
| | § |
| | § |
| | § |
| Debtor(s) | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 05/02/2015. The undersigned trustee was appointed on 05/02/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of           $       30,000.00

  Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 236.42 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 29,763.58 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/30/2015 and the deadline for filing governmental claims was 12/30/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,750.00, for a total compensation of $3,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $107.85 for total expenses of $107.85[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/29/2021                                          By: /s/ S. Gregory Hays
                                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 15-58207-JWC | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | FICKLE, STEPHANIE LEIGH | Date Filed (f) or Converted (c): | 05/02/2015 (f) |
| | | § 341(a) Meeting Date: | 06/09/2015 |
| For Period Ending: | 06/29/2021 | Claims Bar Date: | 12/30/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Vacant lot, less than 1 acre<br>9832 Georgia Highway 193, Chickamauga, GA. Co-owned with non-filing separated spouse. (See Footnote) | 12,500.00 | 0.00 | OA | 30,000.00 | FA |
| 2 | House (Marital Residence) Title and Mortgage in Separated Spouse's Name<br>In original schedules, Debtor claimed an equitable interest in property. Asset removed in amended schedules as divorce nor separation agreement has been filed creating such interest. | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account w/ Wells Fargo, xxx5082 | 30.00 | 0.00 | | 0.00 | FA |
| 5 | Household Furniture, Bed, Dining Table, Sofa, Tv | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | Books, family photos, Compact discs, Dvds | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing and shoes | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Costume Jewelry and Wedding Band/Engagement | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | Equitable Support Obligation owed to Debtor | 1,300.00 | 0.00 | | 0.00 | FA |
| 10 | Equitable Interest in Separated Spouse's 401 & other accounts<br>In original schedules, Debtor claimed an equitable interest in property. Asset removed in amended schedules as divorce nor separation agreement has been filed creating such interest. | 0.00 | 50,000.00 | | 0.00 | FA |
| 11 | 2002 Ford Explorer with 150K miles<br>Notice of abandonment filed on 10/1/15, Dkt # 16. | 3,500.00 | 0.00 | OA | 0.00 | FA |
| 12 | 2 dogs<br>Notice of abandonment filed on 10/1/15, Dkt # 16. | 20.00 | 0.00 | OA | 0.00 | FA |
| 12 | **Assets Totals (Excluding unknown values)** | **$22,570.00** | **$50,000.00** | | **$30,000.00** | **$0.00** |

RE PROP# 1     Trustee filed adversary # 20-06015 to resolve the post petition transfer of the property. $30k received and property deemed abandoned per settlement agreement approved by Order, Dkt # 38.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/31/2017      **Current Projected Date Of Final Report (TFR):** 06/22/2021 (Actual)

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 15-58207-JWC
**Case Name:** FICKLE, STEPHANIE LEIGH

**For Period Ending:** 06/29/2021

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 05/02/2015 (f)
**§ 341(a) Meeting Date:** 06/09/2015
**Claims Bar Date:** 12/30/2015

06/29/2021
Date

/s/S. Gregory Hays
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

Form 2

Exhibit B

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 15-58207-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | FICKLE, STEPHANIE LEIGH | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***2026 | Account #: | ******0365 Checking |
| For Period Ending: | 06/29/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/28/20 | {1} | Christopher Fickle | Purchase of Equity in TN property per Order, Dkt # 38. | 1110-000 | 30,000.00 | | 30,000.00 |
| 01/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 46.47 | 29,953.53 |
| 02/26/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 44.80 | 29,908.73 |
| 03/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 52.72 | 29,856.01 |
| 04/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 47.85 | 29,808.16 |
| 05/28/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 44.58 | 29,763.58 |
| | | **COLUMN TOTALS** | | | 30,000.00 | 236.42 | $29,763.58 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 30,000.00 | 236.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $30,000.00 | $236.42 | |

{ } Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                                     ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-58207-JWC | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | FICKLE, STEPHANIE LEIGH | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***2026 | **Account #:** | ******0365 Checking |
| **For Period Ending:** | 06/29/2021 | **Blanket Bond (per case limit):** | $31,525,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

|  |  |
|---|---:|
| Net Receipts: | $30,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $30,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0365 Checking | $30,000.00 | $236.42 | $29,763.58 |
| | **$30,000.00** | **$236.42** | **$29,763.58** |

| | |
|---|---|
| 06/29/2021 | /s/S. Gregory Hays |
| Date | S. Gregory Hays |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

Case: 15-58207-JWC  STEPHANIE LEIGH FICKLE

Claims Bar Date: 12/30/15

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM1 | S. Gregory Hays<br>3343 Peachtree Road, NE<br>East Tower, Suite 200<br>Atlanta, GA 30326<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>12/30/20 | | $3,750.00<br>$3,750.00 | $0.00 | $3,750.00 |
| ADM2 | S. Gregory Hays<br>3343 Peachtree Road, NE<br>East Tower, Suite 200<br>Atlanta, GA 30326<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>12/30/20 | | $107.85<br>$107.85 | $0.00 | $107.85 |
| ADM3 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>01/05/21 | | $13,195.75<br>$13,195.75 | $0.00 | $13,195.75 |
| ADM4 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>01/05/21 | | $110.10<br>$110.10 | $0.00 | $110.10 |
| ADM5 | Hays Financial Consulting, LLC<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><3310-000 Accountant for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>01/05/21 | | $2,010.00<br>$2,010.00 | $0.00 | $2,010.00 |
| ADM6 | Hays Financial Consulting, LLC<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><3320-000 Accountant for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>01/05/21 | | $97.29<br>$97.29 | $0.00 | $97.29 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

**Case:** 15-58207-JWC       **STEPHANIE LEIGH FICKLE**

Claims Bar Date: 12/30/15

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| ADM7 | Clerk, United States Bankruptcy Court<br>1340 Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br><2700-000 Clerk of the Court Fees><br>, 200<br><br>Per Order, Dkt # 41. Deferred Filing Fee for Adversary 20-ap-6015. | Administrative<br>01/05/21 | | $350.00<br>$350.00 | $0.00 | $350.00 |
| 1 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>PO Box 19008<br>Greenville, SC 29602<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Sears/CBNA | Unsecured<br>10/07/15 | | $5,149.05<br>$5,149.05 | $0.00 | $5,149.05 |
| 2 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>PO Box 19008<br>Greenville, SC 29602<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/07/15 | | $8,115.57<br>$8,115.57 | $0.00 | $8,115.57 |
| 3 | Ashley Funding Services, LLC its successors and assigns as assignee of Laboratory Corporation of America Holdings<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/07/15 | | $70.53<br>$70.53 | $0.00 | $70.53 |
| 4 | Ashley Funding Services, LLC its successors and assigns as assignee of Laboratory Corporation of America Holdings<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/07/15 | | $47.01<br>$47.01 | $0.00 | $47.01 |

UST Form 101-7-TFR (5/1/2011)

Page: 3

# Exhibit C

## Analysis of Claims Register

Case: 15-58207-JWC             STEPHANIE LEIGH FICKLE

Claims Bar Date: 12/30/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Ashley Funding Services, LLC its successors and assigns as assignee of Laboratory Corporation of America Holdings<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/07/15 | | $26.96<br>$26.96 | $0.00 | $26.96 |
| | | | Case Total: | | $0.00 | $33,030.11 |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 15-58207-JWC
Case Name: STEPHANIE LEIGH FICKLE
Trustee Name: S. Gregory Hays

**Balance on hand:** $ 29,763.58

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 29,763.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 3,750.00 | 0.00 | 3,750.00 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 2,010.00 | 0.00 | 2,010.00 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 97.29 | 0.00 | 97.29 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Trustee, Expenses - S. Gregory Hays | 107.85 | 0.00 | 107.85 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 13,195.75 | 0.00 | 13,195.75 |
| Attorney for Trustee Expenses (Other Firm) - Arnall Golden Gregory LLP | 110.10 | 0.00 | 110.10 |

Total to be paid for chapter 7 administrative expenses: $ 19,620.99
Remaining balance: $ 10,142.59

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,142.59

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 10,142.59 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $13,409.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 75.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. | 5,149.05 | 0.00 | 3,894.72 |
| 2 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. | 8,115.57 | 0.00 | 6,138.58 |
| 3 | Ashley Funding Services, LLC its successors and assigns as assignee of Laboratory Corporation of America Holdings | 70.53 | 0.00 | 53.35 |
| 4 | Ashley Funding Services, LLC its successors and assigns as assignee of Laboratory Corporation of America Holdings | 47.01 | 0.00 | 35.56 |
| 5 | Ashley Funding Services, LLC its successors and assigns as assignee of Laboratory Corporation of America Holdings | 26.96 | 0.00 | 20.38 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 10,142.59 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR(5/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)